UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-23738-CIV-MORENO**

DAVID SUTTON, individually and on behalf
of all those similarly situated,

      Plaintiff,

vs.

USAA CASUALTY INSURANCE
COMPANY,

      Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND
<u>ORDER DENYING ALL PENDING MOTIONS AS MOOT</u>**

THIS CAUSE came before the Court upon the Plaintiff's Notice of Voluntary Dismissal Without Prejudice **(D.E. 15)**, filed on <u>**September 30, 2019**</u>.

THE COURT has considered the notice, the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant has neither answered the Complaint nor moved for summary judgment. It is

**ADJUDGED** that this case is DISMISSED WITH PREJUDICE as to Plaintiff's claims and DISMISSED WITHOUT PREJUDICE as to the claims of unnamed class members. Each party bears its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Furthermore, all pending motions are DENIED AS MOOT with leave to renew if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this \_\_30\_\_ of September 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record